UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PREMIER INPATIENT PARTNERS, LLC,

       Plaintiff,

v.                     Case No.  8:18-cv-2015-T-33CPT

AETNA HEALTH AND LIFE INSURANCE
COMPANY,

       Defendant.

_____/

## ORDER

This matter is before the Court upon consideration of Local Rule 1.04(b), M.D. Fla., concerning "transfer of related cases before two or more judges" and Local Rule 1.03(d), M.D. Fla., which states, "The judge to whom any case is assigned may, at any time, reassign the case to any other consenting judge for any limited purpose or for all further purposes."

This matter is hereby reassigned, with her consent, to the Honorable Mary S. Scriven, United States District Judge, as it is related to a previously filed case assigned to her, Case No. 8:18-cv-619-T-35AAS.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to reassign this case to Judge Scriven, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of August, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE